UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 24-45317

ANTHONY GEORGE CASEY,                           Chapter 13

    Debtor.                                    Judge Thomas J. Tucker

_____/

**ORDER DISMISSING CASE**

On May 29, 2024, the Debtor filed a voluntary petition for relief under Chapter 13, commencing this case. But the Debtor is not eligible to be a debtor in this case, under 11 U.S.C. § 109(g)(2), which provides:

> (g) Notwithstanding any other provision of this section, no individual or family farmer may be a debtor under this title who has been a debtor in a case pending under this title at any time in the preceding 180 days if–
> . . .
> (2) the debtor requested and obtained the voluntary dismissal of the case following the filing of a request for relief from the automatic stay provided by section 362 of this title.

11 U.S.C. § 109(g)(2).

The Debtor was a debtor in a case pending within 180 days before filing this case: Case No. 24-41570, a Chapter 13 case which was voluntarily dismissed on motion of the Debtor on April 26, 2024. In that prior case, the creditor ACAR Leasing, LTD d/b/a GM Financial Leasing filed a motion for relief from the automatic stay on April 16, 2024, only three days before the Debtor moved for a voluntary dismissal of the case on April 19, 2024. (The case was dismissed by an order entered on April 26, 2024).

Under § 109(g)(2), the Debtor is not eligible to be a debtor in any bankruptcy case until

October 24, 2024, which is 181 days after the dismissal of Case No. 24-41570.

Accordingly,

IT IS ORDERED that this bankruptcy case is dismissed.

**Signed on May 30, 2024**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**